UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV09-00901-WDK(Ex) | Date | October 27, 2010 |
|---|---|---|---|
| Title | Joe Hand Promotions Inc. v. Nghiem Khac Nguyen et al | | |

| Present: The Honorable | William D. Keller, United States District Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

IT IS ORDERED that Dina L. Nguyen show cause in writing no later than November 10, 2010 why her pleadings should not be rejected for filing due to her failure to submit an Application for Admission and fee or proof of admission.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response.

                                                                                           :
                                                              Initials of Preparer   pg